# U.S. District Court
## Southern District of Ohio (Columbus)
## CRIMINAL DOCKET FOR CASE #: 2:20-cr-00062-SDM-1

Case title: USA v. Rosser, et al.

Date Filed: 03/26/2020

Date Terminated: 10/07/2022

Assigned to: Judge Sarah D. Morrison

Appeals court case number: 22-3887 Sixth Circuit

### Defendant (1)

**Steven G. Rosser**
*TERMINATED: 10/07/2022*

represented by **Steven S Nolder**
65 E. State Street
Suite 200
Columbus, OH 43215
614-221-9790
Fax: 614-358-3598
Email: snolder9@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert F Krapenc**
601 S. High Street
Columbus, OH 43215
614-221-5252
Fax: 614-224-7101
Email: bob@krapenclaw.com
*TERMINATED: 10/24/2022*
*Designation: Retained*

### Pending Counts

CONSPIRACY AGAINST RIGHTS
(2)

### Disposition

18 months of imprisonment; 1 year supervised release; $10,000 fine; $100 special assessment.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

### Disposition

| | |
|---|---|
| CONSPIRACY AGAINST RIGHTS (1) | Defendant found Not Guilty by jury. |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (3) | Ct. 3 of the Indictment is dismissed as to both defendants. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kevin W Kelley** <br> United States Attorney <br> 303 Marconi Boulevard <br> Suite 200 <br> Columbus, OH 43215 <br> 614-469-5715 <br> Email: kevin.kelley@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* <br><br> **Noah R. Litton** <br> DOJ-USAO <br> 303 Marconi Boulevard <br> Suite 200 <br> Columbus, OH 43215 <br> 614-469-5715 <br> Email: noah.litton@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

[Email All Attorneys]

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2020 | 3 | MOTION to Seal Case by USA as to Steven G. Rosser and Whitney R. Lancaster. (sem) (Entered: 03/26/2020) |
| 03/26/2020 | 4 | ORDER granting 3 Motion to Seal Case as to Steven G. Rosser (1) and Whitney R. Lancaster (2). Signed by Magistrate Judge Elizabeth Preston Deavers on 3/26/20. (sem) (Entered: 03/26/2020) |
| 03/26/2020 | 5 | INDICTMENT as to Steven G. Rosser (1) on Count(s) 1-2 and 3 and Whitney R. Lancaster (2) on Count(s) 2 and 3. (sem) (Entered: 03/26/2020) |
| 03/31/2020 | | Case unsealed as to Steven G. Rosser, Whitney R. Lancaster (jr) (Entered: 03/31/2020) |
| 03/31/2020 | | Arrest of Steven G. Rosser (jr) (Entered: 03/31/2020) |

| 03/31/2020 | 9 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson:Initial Appearance as to Steven G. Rosser held on 3/31/2020, Arraignment as to Steven G. Rosser (1) Count 1-2,3 held on 3/31/2020, Plea entered by Steven G. Rosser Not Guilty on counts 1-3. (Recorded By: CourtSmart) (jr) (Entered: 03/31/2020) |
|---|---|---|
| 03/31/2020 | 11 | ORDER Setting Conditions of Release as to Steven G. Rosser (1) OR bond. Signed by Magistrate Judge Kimberly A. Jolson on 3/31/20. (jr) (Entered: 03/31/2020) |
| 04/03/2020 | 17 | NOTICE OF ATTORNEY APPEARANCE: Robert F Krapenc appearing for Steven G. Rosser (Krapenc, Robert) (Entered: 04/03/2020) |
| 04/03/2020 | 18 | MOTION for Discovery by Steven G. Rosser. (Krapenc, Robert) (Entered: 04/03/2020) |
| 05/14/2020 | 24 | SCHEDULING ORDER as to Steven G. Rosser and Whitney R. Lancaster. All Pretrial Motions due by 6/12/2020. All Responses to Pretrial Motions due by 6/19/2020. Motions in Limine due by 6/22/2020. Final Pretrial Conference set for 6/30/2020 04:00 PM in Chambers before Judge Sarah D. Morrison. Jury Trial set for 7/6/2020 09:00 AM in Courtroom 132 - Columbus before Judge Sarah D. Morrison. Signed by Judge Sarah D. Morrison on 5/14/2020. (tb) (Entered: 05/14/2020) |
| 05/29/2020 | 25 | Joint MOTION to Continue *and Extend Time to File* by Steven G. Rosser, Whitney R. Lancaster. (Thomas, David) (Entered: 05/29/2020) |
| 06/09/2020 | 26 | ORDER granting 25 Motion to Continue as to Steven G. Rosser (1) and Whitney R. Lancaster (2). All pretrial motions due by 10/5/2020. Responses to pretrial motions due by 10/12/2020. Jury Trial RESET for 11/9/2020 09:00 AM in Courtroom 132 - Columbus before Judge Sarah D. Morrison. Final Pretrial Conference RESET for 11/2/2020 02:30 PM in Chambers before Judge Sarah D. Morrison. Signed by Judge Sarah D. Morrison on 6/9/2020. (tb) (Entered: 06/09/2020) |
| 10/08/2020 | 27 | Joint MOTION to Continue *and Extend Time to File* by Steven G. Rosser, Whitney R. Lancaster. (Thomas, David) (Entered: 10/08/2020) |
| 10/09/2020 | 28 | AMENDED SCHEDULING ORDER GRANTING Defendants' Joint Motion to Continue as to Steven G. Rosser (1), Whitney R. Lancaster (2). All Pretrial Motions, including motions in limine, due by 2/3/2021. Responses to all Pretrial Motions due by 2/10/2021. Jury Trial RESET for 3/8/2021 09:00 AM in Courtroom 132 - Columbus before Judge Sarah D. Morrison. Final Pretrial Conference RESET for 3/1/2021 02:00 PM in Chambers before Judge Sarah D. Morrison. Signed by Judge Sarah D. Morrison on 10/9/2020. (tb) (Entered: 10/09/2020) |
| 01/25/2021 | 29 | MOTION to Travel *outside of the Southern District of Ohio* by Steven G. Rosser. (Krapenc, Robert) (Entered: 01/25/2021) |
| 01/25/2021 | 30 | NOTATION ORDER as to Steven G. Rosser. Government's Response, if any, to 29 MOTION to Travel *outside of the Southern District of Ohio* is due by close of business on 1/29/2021. By Judge Sarah D. Morrison on 1/25/2021. (tb) (Entered: 01/25/2021) |
| 01/27/2021 | 31 | NOTATION ORDER GRANTING 29 Motion to Travel as to Steven G. Rosser (1). By Judge Sarah D. Morrison on 1/27/2021. (tb) (Entered: 01/27/2021) |
| 02/12/2021 | 32 | Joint MOTION to Continue *and Extend Time to File* by Steven G. Rosser, Whitney R. Lancaster. (Thomas, David) (Entered: 02/12/2021) |
| 02/17/2021 | 33 | NOTATION ORDER DENYING WITHOUT PREJUDICE Joint Unopposed 32 Motion to Continue as to Steven G. Rosser (1), Whitney R. Lancaster (2). Motion does not indicate whether Defendants themselves agree to the continuance. By Judge Sarah D. Morrison on 2/17/2021. (tb) (Entered: 02/17/2021) |

| | | |
|---|---|---|
| 02/17/2021 | 34 | Joint MOTION to Continue *and Extend Time to File* by Steven G. Rosser, Whitney R. Lancaster. (Thomas, David) (Entered: 02/17/2021) |
| 02/18/2021 | 35 | AMENDED SCHEDULING ORDER GRANTING Defendants' Joint Unopposed 34 Motion to Continue and Extend Deadlines as to Steven G. Rosser (1), Whitney R. Lancaster (2). All Pretrial Motions due by 7/21/2021. Responses to All Pretrial Motions due by 7/28/2021. Jury Trial RESET for 8/23/2021 09:00 AM in Courtroom 132 - Columbus before Judge Sarah D. Morrison. Final Pretrial Conference RESET for 8/16/2021 01:30 PM in Chambers before Judge Sarah D. Morrison. Signed by Judge Sarah D. Morrison on 2/18/2021. (tb) (Entered: 02/18/2021) |
| 03/29/2021 | 36 | MOTION to Travel *outside of the Southern District of Ohio* by Steven G. Rosser. (Krapenc, Robert) (Entered: 03/29/2021) |
| 03/29/2021 | 37 | ORDER GRANTING Defendant's 36 Motion to Travel as to Steven G. Rosser (1). Signed by Judge Sarah D. Morrison on 3/29/2021. (tb) (Entered: 03/29/2021) |
| 06/16/2021 | 38 | Unopposed MOTION to Travel *outside of the Southern District of Ohio* by Steven G. Rosser. (Krapenc, Robert) (Entered: 06/16/2021) |
| 06/18/2021 | | NOTATION ORDER granting 38 Motion to Travel as to Steven G. Rosser by Judge Sarah D. Morrison on 6/18/21. (jk) (Entered: 06/18/2021) |
| 06/22/2021 | 39 | Amended MOTION to Travel *outside of the Southern District of Ohio* by Steven G. Rosser. (Krapenc, Robert) (Entered: 06/22/2021) |
| 06/23/2021 | 40 | NOTATION ORDER GRANTING Defendant's Unopposed 39 Motion to Travel as to Steven G. Rosser (1). By Judge Sarah D. Morrison on 6/23/2021. (tb) (Entered: 06/23/2021) |
| 07/11/2021 | 41 | MOTION to Travel by Steven G. Rosser. (Krapenc, Robert) (Entered: 07/11/2021) |
| 07/12/2021 | 42 | NOTATION ORDER denying 41 Motion to Travel as to Steven G. Rosser (1). By Judge Sarah D. Morrison on 7/12/21. (sem) (Entered: 07/12/2021) |
| 07/12/2021 | 43 | Amended MOTION to Travel by Steven G. Rosser. (Krapenc, Robert) (Entered: 07/12/2021) |
| 07/13/2021 | 44 | NOTATION ORDER GRANTING 43 Motion to Travel as to Steven G. Rosser (1). By Judge Sarah D. Morrison on 7/13/2021. (tb) (Entered: 07/13/2021) |
| 07/13/2021 | 45 | MOTION to Continue *Trial and Motions Deadlines* by USA as to Steven G. Rosser, Whitney R. Lancaster. (Kelley, Kevin) (Entered: 07/13/2021) |
| 07/13/2021 | 46 | NOTATION ORDER GRANTING 45 Motion to Continue Trial Date as to Steven G. Rosser (1), Whitney R. Lancaster (2). The parties are to submit new proposed trial schedules on or before 8/2/2021. If the parties cannot agree on a new trial date, the Court will issue a new scheduling order. By Judge Sarah D. Morrison on 7/13/2021. (tb) (Entered: 07/13/2021) |
| 07/28/2021 | 47 | MOTION to Continue *Trial and to Propose Deadlines* by USA as to Steven G. Rosser, Whitney R. Lancaster. (Kelley, Kevin) (Entered: 07/28/2021) |
| 08/04/2021 | 48 | ORDER SETTING AMENDED CASE SCHEDULE. Court's Order GRANTS 47 Motion to Continue Trial and to Propose Deadlines as to Steven G. Rosser (1) and Whitney R. Lancaster (2). All Pretrial Motions, of any kind, shall be due by 10/4/2021. Responses to All Pretrial Motions shall be due by 10/18/2021. Expert Witness Lists shall be due by 11/24/2021. Lafler Hearing, if necessary, is set for 12/16/2021 10:00 AM in Courtroom 132 - Columbus before Judge Sarah D. Morrison. Exhibit Lists shall be due by 1/19/2022. Jury Trial RESET for 1/24/2022 09:00 AM in Courtroom 132 - Columbus before Judge |

| | | |
|---|---|---|
| | | Sarah D. Morrison. Final Pretrial Conference RESET for 1/18/2022 01:30 PM in Chambers before Judge Sarah D. Morrison. Signed by Judge Sarah D. Morrison on 8/4/2021. (tb) (Entered: 08/04/2021) |
| 10/18/2021 | 51 | RESPONSE in Opposition by USA as to Steven G. Rosser, Whitney R. Lancaster re 50 MOTION to Sever Defendant (Kelley, Kevin) (Entered: 10/18/2021) |
| 10/18/2021 | 52 | RESPONSE to Motion by USA as to Steven G. Rosser, Whitney R. Lancaster re 49 MOTION in Limine *to Exclude Evidence* (Kelley, Kevin) (Entered: 10/18/2021) |
| 10/21/2021 | 53 | MOTION for Leave to File *Instanter Sealed Exhibit B to Doc. 50 Motion to Sever* by Whitney R. Lancaster as to Steven G. Rosser, Whitney R. Lancaster. (Attachments: # 1 Text of Proposed Order) (Thomas, David) (Entered: 10/21/2021) |
| 11/05/2021 | 58 | Unopposed MOTION to Travel by Steven G. Rosser. (Krapenc, Robert) (Entered: 11/05/2021) |
| 11/08/2021 | 59 | NOTATION ORDER GRANTING Defendant's 58 Motion to Travel as to Steven G. Rosser (1). By Judge Sarah D. Morrison on 11/8/2021. (tb) (Entered: 11/08/2021) |
| 12/16/2021 | 61 | NOTICE *of Proposed Voir Dire Topics* by USA as to Steven G. Rosser, Whitney R. Lancaster (Litton, Noah) (Entered: 12/16/2021) |
| 12/16/2021 | 62 | Proposed Jury Instructions by USA as to Steven G. Rosser, Whitney R. Lancaster (Litton, Noah) (Entered: 12/16/2021) |
| 12/16/2021 | 63 | Proposed Voir Dire by Whitney R. Lancaster as to Steven G. Rosser, Whitney R. Lancaster (Thomas, David) (Entered: 12/16/2021) |
| 12/16/2021 | 64 | Proposed Voir Dire by Steven G. Rosser (Krapenc, Robert) (Entered: 12/16/2021) |
| 12/20/2021 | 65 | Minute Entry for proceedings held before Judge Sarah D. Morrison. Lafler Hearing as to Steven G. Rosser held on 12/20/2021. Defendant is not interested in pleading guilty to Count 1 or 2. Court will move forward with January 24, 2022 trial date. (Court Reporter: Allison Kimmel) (tb) (Entered: 12/20/2021) |
| 01/03/2022 | 68 | MOTION to Dismiss *Count 3 (Wire Fraud Conspiracy)* by USA as to Steven G. Rosser, Whitney R. Lancaster. (Litton, Noah) (Entered: 01/03/2022) |
| 01/06/2022 | 69 | NOTICE as to Steven G. Rosser, Whitney R. Lancaster: Telephone Status Conference set for 1/7/2022 02:00 PM via Teleconference before Judge Sarah D. Morrison. This telephone status conference will be conducted on the record. Call in number is (888) 684-8852. Access Code is 5465115 #. (tb) (Entered: 01/06/2022) |
| 01/07/2022 | 70 | Minute Entry for proceedings held before Judge Sarah D. Morrison. Telephone Status Conference as to Steven G. Rosser, Whitney R. Lancaster held on 1/7/2022 (being docketed for statistical purposes only). (Court Reporter: Allison Kimmel) (tb) (Entered: 01/07/2022) |
| 01/12/2022 | 71 | ORDER SETTING SECOND AMENDED CASE SCHEDULE as to Steven G. Rosser, Whitney R. Lancaster. Government shall disclose sensitive Jencks materials by 1/31/2022. Exhibit binders shall be due on 2/9/2022. Jury Trial RESET for 2/14/2022 09:00 AM in Courtroom 132 - Columbus before Judge Sarah D. Morrison. Final Pretrial Conference RESET for 2/7/2022 01:30 PM in Chambers before Judge Sarah D. Morrison. Signed by Judge Sarah D. Morrison on 1/12/2022. (tb) (Entered: 01/12/2022) |
| 01/31/2022 | 73 | ORDER granting 68 Motion to Dismiss as to Steven G. Rosser (1), Whitney R. Lancaster (2). Signed by Judge Sarah D. Morrison on 1/31/22. (ds) (Entered: 01/31/2022) |

| | | | |
|---|---|---|---|
| 02/07/2022 | 74 | | Minute Entry for proceedings held before Judge Sarah D. Morrison:Final Pretrial Conference as to Steven G. Rosser, Whitney R. Lancaster held on 2/7/2022. (entered for statistical purposes only) (Court Reporter: Allison Kimmel) (ds) (Entered: 02/07/2022) |
| 02/07/2022 | 75 | | NOTICE *of Trial Stipulations* by USA as to Steven G. Rosser, Whitney R. Lancaster (Litton, Noah) (Entered: 02/07/2022) |
| 02/07/2022 | 76 | | MOTION in Limine *to preclude admission of co-conspirator hearsay statements* by Steven G. Rosser. (Krapenc, Robert) (Entered: 02/07/2022) |
| 02/09/2022 | 77 | | RESPONSE in Opposition by USA as to Steven G. Rosser, Whitney R. Lancaster re 76 MOTION in Limine *to preclude admission of co-conspirator hearsay statements* (Litton, Noah) (Entered: 02/09/2022) |
| 02/10/2022 | 78 | | MOTION in Limine *to Exclude Evidence* by Whitney R. Lancaster as to Steven G. Rosser, Whitney R. Lancaster. (Thomas, David) (Entered: 02/10/2022) |
| 02/10/2022 | 79 | | RESPONSE to Motion by USA as to Steven G. Rosser, Whitney R. Lancaster re 78 MOTION in Limine *to Exclude Evidence* (Litton, Noah) (Entered: 02/10/2022) |
| 02/14/2022 | 80 | | Minute Entry for proceedings held before Judge Sarah D. Morrison:Jury Trial as to Steven G. Rosser, Whitney R. Lancaster held on 2/14/2022 (Day 1). (Court Reporter: Allison Kimmel) (ds) (Entered: 02/14/2022) |
| 02/15/2022 | 81 | | Minute Entry for proceedings held before Judge Sarah D. Morrison:Jury Trial as to Steven G. Rosser, Whitney R. Lancaster held on 2/15/2022, (Day 2) (Court Reporter: Allison Kimmel) (ds) (Entered: 02/15/2022) |
| 02/16/2022 | 82 | | Minute Entry for proceedings held before Judge Sarah D. Morrison:Jury Trial as to Steven G. Rosser, Whitney R. Lancaster held on 2/16/2022 (Day 3). (Court Reporter: Allison Kimmel) (ds) (Entered: 02/16/2022) |
| 02/17/2022 | 83 | | Trial Stipulations filed by the parties as to Defendants Steven G. Rosser and Whitney R. Lancaster. (sem) (Entered: 02/17/2022) |
| 02/17/2022 | 84 | | Minute Entry for proceedings held before Judge Sarah D. Morrison:Jury Trial as to Steven G. Rosser, Whitney R. Lancaster held on 2/17/2022 (Day 4) (Court Reporter: Allison Kimmel) (ds) (Entered: 02/17/2022) |
| 02/18/2022 | 85 | | Minute Entry for proceedings held before Judge Sarah D. Morrison:Jury Trial as to Steven G. Rosser, Whitney R. Lancaster held on 2/18/2022 (Day). (Court Reporter: Allison Kimmel) (ds) (Entered: 02/18/2022) |
| 02/22/2022 | 86 | | Minute Entry for proceedings held before Judge Sarah D. Morrison:Jury Trial as to Steven G. Rosser, Whitney R. Lancaster held on 2/22/2022. (Day 6) Government Exhibits 101, 102, 104, 105, 107, 114 (pages 3 of 5), 117, 118, 124, 206, 207, 216, 301, 302, 303, 304, 305, 306, 401, 402, 406, 407, 412, 517.3, 524.2 and Defendant's Exhibit SR-10 admitted into the record. Exhibit Binder will be maintained in chambers for six months. (Court Reporter: Allison Kimmel) (ds) (Entered: 02/22/2022) |
| 02/23/2022 | 88 | | NOTATION ORDER DENYING AS MOOT Defendant's 18 Motion for Discovery as to Steven G. Rosser (1); DENYING Defendant's 76 Motion in Limine as to Steven G. Rosser (1); and DENYING AS MOOT Defendants' 78 Motion in Limine as to Steven G. Rosser (1), and Whitney R. Lancaster (2). By Judge Sarah D. Morrison on 2/23/2022. (tb) (Entered: 02/23/2022) |
| 02/24/2022 | 89 | | ORDER as to Steven G. Rosser's Fed. R. Crim. P. 29 Motion. Mr. Rosser's Briefing due by 3/11/2022. Government's Briefing Due by 3/25/2022. Mr. Rosser's Reply due, if |

| | | |
|---|---|---|
| | | necessary, by 4/8/2022. Signed by Judge Sarah D. Morrison on 2/24/2022. (tb) (Entered: 02/24/2022) |
| 02/25/2022 | 90 | Final Jury Instructions as to Steven G. Rosser and Whitney R. Lancaster filed by the Court. (tb) (Entered: 02/25/2022) |
| 02/25/2022 | 91 | Redacted Jury Verdict as to Steven G. Rosser (1) in that the Defendant was found Not Guilty on Count 1 and Guilty on Count 2 of the Indictment. As to Whitney R. Lancaster (2) in that the Defendant was found Not Guilty on Count 2 of the Indictment. (tb) (Entered: 02/25/2022) |
| 03/07/2022 | 94 | MOTION for Acquittal by Steven G. Rosser. (Krapenc, Robert) (Entered: 03/07/2022) |
| 03/22/2022 | 95 | TRANSCRIPT of EXCERPT OF JURY TRIAL Proceedings, Opening Statement as to Whitney R. Lancaster, held on February 14, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Kimmel, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 4/12/2022. Redacted Transcript Deadline set for 4/22/2022. Release of Transcript Restriction set for 6/21/2022. (ak) (Entered: 03/22/2022) |
| 03/23/2022 | 98 | RESPONSE in Opposition by USA as to Steven G. Rosser re 94 MOTION for Acquittal (Litton, Noah) (Entered: 03/23/2022) |
| 04/07/2022 | 100 | MOTION to Travel *outside of the Southern District of Ohio* by Steven G. Rosser. (Krapenc, Robert) (Entered: 04/07/2022) |
| 04/07/2022 | 101 | NOTATION ORDER granting 100 Motion to Travel as to Steven G. Rosser (1). Signed by Judge Sarah D. Morrison on 4/7/22. (sem) (Entered: 04/07/2022) |
| 04/08/2022 | 102 | REPLY TO RESPONSE to Motion by Steven G. Rosser re 94 MOTION for Acquittal (Krapenc, Robert) (Entered: 04/08/2022) |
| 06/03/2022 | 104 | OPINION AND ORDER DENYING 94 Motion for Acquittal as to Steven G. Rosser (1). Signed by Judge Sarah D. Morrison on 6/3/2022. (tb) (Entered: 06/03/2022) |
| 06/09/2022 | 105 | Unopposed MOTION to Travel *outside of the Southern District of Ohio* by Steven G. Rosser. (Krapenc, Robert) (Entered: 06/09/2022) |
| 06/09/2022 | 106 | NOTATION ORDER GRANTING Defendant's Unopposed 105 Motion to Travel as to Steven G. Rosser (1). By Judge Sarah D. Morrison on 6/9/2022. (tb) (Entered: 06/09/2022) |
| 06/21/2022 | 107 | NOTICE OF HEARING as to Steven G. Rosser. Sentencing set for 10/6/2022 10:00 AM in Courtroom 132 (in person) - Columbus before Judge Sarah D. Morrison. (tb) (Entered: 06/21/2022) |
| 08/21/2022 | 108 | Unopposed MOTION to Travel *outside of the Southern District of Ohio* by Steven G. Rosser. (Krapenc, Robert) (Entered: 08/21/2022) |

| | | |
|---|---|---|
| 08/22/2022 | 109 | ORDER granting 108 Motion to Travel as to Steven G. Rosser (1). Signed by Judge Sarah D. Morrison on 8/22/2022. (merc) (Entered: 08/22/2022) |
| 09/30/2022 | 110 | SENTENCING MEMORANDUM by Steven G. Rosser (Attachments: # 1 Citizen compliments, # 2 Letters of Commendation, # 3 City Attorney Letter, # 4 Performance Evaluation) (Krapenc, Robert) (Entered: 09/30/2022) |
| 09/30/2022 | 111 | SENTENCING MEMORANDUM by USA as to Steven G. Rosser (Kelley, Kevin) (Entered: 09/30/2022) |
| 10/06/2022 | 112 | Minute Entry for proceedings held before Judge Sarah D. Morrison: Sentencing held on 10/6/2022 for Steven G. Rosser (1) on Count 2, 18 months of imprisonment; 1 year supervised release; $10,000 fine; $100 special assessment. (Court Reporter: Allison Kimmel) (merc) (Entered: 10/07/2022) |
| 10/07/2022 | 113 | JUDGMENT as to Steven G. Rosser (1) on Count 2, 18 months of imprisonment; 1 year supervised release; $10,000 fine; $100 special assessment. Signed by Judge Sarah D. Morrison on 10/7/2022. (merc) (Entered: 10/07/2022) |
| 10/20/2022 | 117 | MOTION Postpone Self-Surrender Date by Steven G. Rosser. (Krapenc, Robert) (Entered: 10/20/2022) |
| 10/21/2022 | 119 | NOTICE OF APPEAL (Filing fee has been paid, receipt number AOHSDC-9103157). Appeal Record due by 10/21/2022. (Nolder, Steven) (Entered: 10/21/2022) |
| 10/21/2022 | 120 | USCA Case Number as to Steven G. Rosser 22-3887 for 119 Notice of Appeal - Final Judgment; case manager Julie Connor, 513-564-7033. (er) (Entered: 10/23/2022) |
| 10/24/2022 | 121 | First MOTION *For Leave To Substitute Counsel* by Steven G. Rosser. (Nolder, Steven) (Entered: 10/24/2022) |
| 10/24/2022 | 122 | ORDER granting 117 Motion to Extend the self-surrender date of the defendant to DECEMBER 8, 2022 to his designated Bureau of Prisons facility for service of sentence as to Steven G. Rosser (1). Signed by Judge Sarah D. Morrison on 10/24/2022. (merc) (Entered: 10/24/2022) |
| 10/24/2022 | 123 | NOTATION ORDER granting 121 Motion for Leave to Substitute Counsel of Record as to Steven G. Rosser (1). Steve Nolder is now representing the defendant in place of Robert Krapenc. Signed by Judge Sarah D. Morrison on 10/24/2022. (merc) (Entered: 10/24/2022) |
| 11/08/2022 | 124 | Ninth MOTION to Modify Conditions of Release *(Temporary Modification)* by Steven G. Rosser. (Nolder, Steven) (Entered: 11/08/2022) |
| 11/10/2022 | 125 | NOTATION ORDER granting 124 Unopposed Ninth Motion to Modify Conditions of Release (Temporary Modication) as to Steven G. Rosser (1). Signed by Judge Sarah D. Morrison on 11/10/22. (sem) (Entered: 11/10/2022) |
| 11/21/2022 | 126 | TRANSCRIPT of Lafler Hearing Proceedings as to Steven G. Rosser, held on December 20, 2021, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The |

| | | |
|---|---|---|
| | | policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | 127 | TRANSCRIPT of Telephone Status Conference Proceedings as to Steven G. Rosser, Whitney R. Lancaster, held on January 7, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | 128 | TRANSCRIPT of Final Pretrial Conference Proceedings as to Steven G. Rosser, Whitney R. Lancaster, held on February 7, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | 129 | TRANSCRIPT of Jury Trial Proceedings, Voir Dire Portion Sealed, Volume I of VI, as to Steven G. Rosser, Whitney R. Lancaster, held on February 14, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully. |

| | | |
|---|---|---|
| | | For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | 131 | TRANSCRIPT of Jury Trial Proceedings, Volume II of VI, as to Steven G. Rosser, Whitney R. Lancaster, held on February 15, 2022 before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | 132 | TRANSCRIPT of Jury Trial Proceedings, Volume III of VI, as to Steven G. Rosser, Whitney R. Lancaster, held on February 16, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | 133 | TRANSCRIPT of Jury Trial Proceedings, Volume IV of VI, as to Steven G. Rosser, Whitney R. Lancaster, held on February 17, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully. |

| | | |
|---|---|---|
| | | For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | [134](#) | TRANSCRIPT of Jury Trial Proceedings, Volume V of VI, as to Steven G. Rosser, Whitney R. Lancaster, held on February 18, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | [135](#) | TRANSCRIPT of Jury Trial Proceedings, Volume VI of VI, as to Steven G. Rosser, Whitney R. Lancaster, held on February 22, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
| 11/21/2022 | [136](#) | TRANSCRIPT of Sentencing Proceedings as to Steven G. Rosser held on October 6, 2022, before Judge Sarah D. Morrison. Court Reporter/Transcriber: Allison Lewis Kimmel, FAPR, RDR, CRR, CRC, Telephone number 614.719.3225. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>NOTICE RE: REDACTION OF TRANSCRIPTS: Within 5 business days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ohsd.uscourts.gov (Forms - Electronic Availability of Transcripts). Please read this policy carefully.<br><br>For a complete copy of a transcript, please contact the Court Reporter or the Clerk's Office. Redaction Request due 12/12/2022. Redacted Transcript Deadline set for |

| | | 12/22/2022. Release of Transcript Restriction set for 2/21/2023. (ak) (Entered: 11/21/2022) |
|---|---|---|
| 12/19/2022 | 137 | Notice of Satisfaction of Judgment by Steven G. Rosser (McCandlish, Joseph) (Entered: 12/19/2022) |
| 03/16/2023 | 138 | First MOTION Seeking A Judicial Recommendation To The BOP For 12 Months of Halfway House Time by Steven G. Rosser. (Attachments: # 1 Exhibit A) (Nolder, Steven) (Entered: 03/16/2023) |
| 03/20/2023 | 139 | NOTATION ORDER as to Steven G. Rosser: If the government intends to respond to Defendant's 138 MOTION Seeking A Judicial Recommendation To The BOP For 12 Months of Halfway House Time, it shall file its response by the close of business on Thursday, 3/23/2023. Signed by Judge Sarah D. Morrison on 3/20/2023. (merc) (Entered: 03/20/2023) |
| 03/21/2023 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Steven G. Rosser 138 First MOTION Seeking A Judicial Recommendation To The BOP For 12 Months of Halfway House Time . Response due by 3/23/2023 per the Court's 3/20/23 Notation Order. (sem) (Entered: 03/21/2023) |
| 03/23/2023 | 140 | RESPONSE in Opposition by USA as to Steven G. Rosser re 138 First MOTION Seeking A Judicial Recommendation To The BOP For 12 Months of Halfway House Time (Kelley, Kevin) (Entered: 03/23/2023) |
| 04/24/2023 | 141 | NOTICE *of filing of exhibits for appeal purposes* by USA as to Steven G. Rosser (Kelley, Kevin) (Entered: 04/24/2023) |
| 05/25/2023 | 142 | ORDER DENYING 138 Defendant's Motion Seeking Judicial Recommendation to the Bureau of Prisons. Signed by Judge Sarah D. Morrison on 5/25/2023. (merc) (Entered: 05/25/2023) |
| 06/21/2023 | 143 | ORDER of USCA (certified copy) IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED as to Steven G. Rosser re 119 Notice of Appeal - Final Judgment **Note: Mandate to issue.** (pb) (Entered: 06/21/2023) |
| 07/12/2023 | 144 | MANDATE of USCA (certified copy) as to Steven G. Rosser: No costs taxed. (er) (Entered: 07/13/2023) |